# EXHIBIT 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____________________________

HAROLD GOETZ, )
)
Plaintiff, )
vs. ) Case No. 2:16-cv-14489
)
GRAND RIVER NAVIGATION CO., )
)
Defendants. )
_____________________________)

DEPOSITION OF JAMES G. DAHLGREEN, M.D.
San Jose, California
Thursday, September 27, 2018
Volume I

Reported by:
JOANNA BROADWELL
CSR No. 10959

would tend to increase the concentration of n-Hexane in the body.

BY MR. BEATON

Q So do you have an opinion of whether or not Mr. Goetz's exposure to the n-Hexane was more likely than not the substantial factor or at least a substantial factor in causing his peripheral neuropathy?

A Yes.

Q What is that?

A That the n-Hexane is the substantial cause of his peripheral neuropathy.

Q You note in paragraph -- on Page 9, the second full paragraph, you're referencing having reviewed Dr. Sweeney's notes. Which symptoms are you referring to there?

A Memory disturbance noted by Dr. Sweeney, which I have noticed is a common problem with solvent exposure coupled with peripheral neuropathy. It's not the peripheral neuropathy but it's the chemicals that are damaging to the brain also tend to be damaging to the peripheral nerves.

Q You reference there toxic encephalopathy and solvent dementia?

A Yes.

Q What are you referring to there?

you saw in the past?

MR. BURGER: Relevant.

THE DEPONENT: One of the more extreme examples of a company not being sensitive to the health effects of their employees. It is one of the worst examples that I have seen lately.

MR. BEATON: Thank you, Doctor. Nothing further.

MR. BURGER: I don't any followup.

THE VIDEOGRAPHER: This concludes today's deposition of James Dahlgreen, M.D. The number of media used has been one. And we are off the record at 2:52 p.m.

(TIME NOTED: 2:52 p.m.)

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

<%signature%>

JOANNA BROADWELL

CSR No. 10959