# EXHIBIT 1

# James G. Dahlgren, M.D.

***Diplomate of the American Board of Internal Medicine***
***Occupational and Environmental Medicine; Toxicology; Disability Management***
***341 Cobalt Way Suite 207, Sunnyvale CA, 94085***
***Phone: 310-449-5525 email: dahlgren@envirotoxicology.com***


Rule 26 Report for Harold Goetz case

I have read and rely upon the reports of Dr. Wade and Dr. Stainken who have identified the chemicals to which Mr. Goetz was exposed and that caused or aggravated the nervous system injuries[1] sustained by Mr. Goetz while working on the tug boat “Victory” from 2011 to 2014. He had to stop working due to his nervous system injuries in 2014.

I have reviewed the 10/17/2017 declaration of Dr. Charlene Sweeny, the current treating neurologist. This doctor has made a definitive diagnosis of Toxic peripheral neuropathy base on ruling out other causes. She also opines that he cannot work due to this condition and the condition is permanent.

I reviewed the declaration of a neurologist, Dr. Roman Politi, dated July 25, 2016. Dr. Politi has taken care of Mr. Harold Goetz in 2016. In the declaration, he notes that an EMG showed predominantly axonal, chronic, sensory-motor peripheral neuropathy. An extensive workup ruled out anatomic causes of the lower extremity symptoms such as a ruptured vertebral disc. Also, he does not have diabetes. The symptoms in 2010 were not signs of peripheral neuropathy based on his cessation of all symptoms in his feet within a short time. He had annual medical check-ups that noticed no findings of peripheral neuropathy. Mr. Goetz

[1] The injuries to the nervous system are toxic peripheral neuropathy and reduced memory and poor sleeping pattern. There has also been an increase in his anxiety from the nervous system injuries that were diagnosed in 2014. While working in the engine room he experienced severe headache, which is also a typical symptom that documents an exposure to a neurotoxic agent.

applied for disability in 2014 because of the symptoms of peripheral neuropathy and signs including weakness, pain, and stiffness that made it impossible for him to work for which he was trained. He was treated with gabapentin. An EMG done in August 2014 by Dr. Giger-Mateeva, a neurologist, revealed axonal type sensorimotor peripheral polyneuropathy. He had a slightly reduced B12 which lead to B12 therapy with no effect on his polyneuropathy. Dr. Politi stated that if IOF – 180, heavy oil fuel is known to cause peripheral neuropathy, then that would be the cause.

A September 5, 2017 declaration by Jay Downen, a fellow worker with Mr. Goetz, describes heavy exposure to uncontrolled and very heavy exposure to bunker fuel I0F – 180 and diesel oil. He also describes using various cleaning chemicals (described below) on a daily basis to remove the widespread leakage, spillage and spraying of the fuel and diesel mixture. They had to remove the petrochemicals from the floors and other surfaces heavily laden with contamination. He describes the air inside the Engine room filled with thick haze from the leaking chemicals along with a strong smell of fumes. When he would go home his clothing with smell like the chemicals. They had to heat the fuel to 170 - 190° in order for it to be liquefied but that heating created more fumes in the engine room. He was never warned that the material might be toxic and did not wear a respirator or any other protection from heavy exposure to the fuel oil and other chemicals.

A letter written by another fellow worker named John Hemmer reported extensive inhalation of the fumes and reported extensive contamination from heavy skin and clothing contact with the fuel oil and diesel oil that was mixed with the IFO-180. Mr. Goetz and the other workers in the engine room had to clean the spilled fuel using diesel oil to clean the

surfaces. They also use special high-strength cleaners that clean this set in various forms of oil and grease. There was extensive inhalation, dermal exposure, and contamination of clothing by the special cleaning fluids and the diesel oil/IOF-180 bunker fuel. The employees would carry the strong smelly clothes home to their families and experienced continued inhalation exposure from the contaminated clothing for hours after leaving the job. The environment beyond the engine room is also contaminated reaching where they would eat and sleep due to the contamination of the entire tug.

Another handwritten letter from a fellow worker named James O'Connor described similar strong exposure to the fuel storage tanks. There was bad leaking from all of these various tanks and connecting devices. At times the level was so high in the spillage that the moving parts of the engine would pick up the fuel and spray it all over the aft section of the engine room, including the overhead.

There is also a letter from Terrence W. Evans, signed October 10, 2017 and entitled "Engineer Health Issues And Engine Spaces – Observations During 2013 Season." This reiterates some of the observations noticed above, namely that the engine room was contaminated to a level that was almost unbelievable. This document also indicates that the spilled fuel was "intermediate" and diesel combined. The engine room required constant cleaning of the fuel off of the surfaces in the engine area. They used cleaning chemicals on a daily basis. They had clean centrifuges using diesel fuel as the cleaning chemical. They would do it in a grease pail, filled half full with diesel oil and then using and abrasive pad and diesel oil to clean parts. Latex gloves were not useful because they ripped easily ( comment: latex is not impervious to the

diesel oil anyway). He described having to use "diapers" around many of the parts as they were leaking fuel. They used chemicals, described below, every day to clean up the mess.

Section 4 of a report by Michael J. Wade, Ph.D. dated October 12, 2017 describes the n-hexane as an ingredient in the cleaning chemicals. Here is a quote from his report: “Valspar brake cleaner, Unitor CleanBreak, and NALCO degreasers/cleaners. Such degreasing solvents are composed of light hydrocarbon solvents in the range of C7-9 aliphatics, including normal alkanes, isoalkanes, and cyclic hydrocarbons. The aliphatic hydrocarbons would include alkanes such as n-hexane and other n-alkanes in the distillate cut, isoalkanes, and cyclic alkanes; moreover, some solvents can also contain small amounts of mono-aromatic hydrocarbons (benzene and substituted benzenoids).”

A report by Dennis Stainken PhD describes hexane on page 10 as a component of the fuel oil. He also noted 1, 2, 4 – trimethylbenzene as a component of the fuel oil. He also identifies petroleum distillates (naphtha) as an ingredient in fuel oil. On page 3, the doctor identifies an MSDS from JP Morgan on the heavy residual oil (synonym number 6 fuel oil) marine fuel oil also known as bunker fuel. The composition of the distillate fraction contains benzene and other aromatics. On page 16 and seventeen he writes: "Hexane is an alkane which is a component of the alkane fraction of fuel oils. Barregard et al (1991) reported that long term low level exposure resulted in polyneuropathy. Mckee et al (2015) characterized the toxicological hazards of hydrocarbon solvents. They noted that n-hexane can be a constituent of C6 or C7-9 aliphatic hydrocarbon solvents, has been associated with peripheral neuropathy in humans (eg. The white spirit in the Unitor Cleanbreak and Electrosolv-E). The toxicological properties of n-hexane are mediated through a metabolite, 2,5-hexanedione, which can

interfere with microtubule formation. The most characteristic effect of 2,5-hexanedione is a peripheral neuropathy which is characterized by a 'dying back' process involving the long nerves." Dr. Stainken is describing the presence of n-hexane in the white spirit or naphtha in two products identified by the defendant as used for cleaning purpose on the "Victory".

*Discussion and Conclusions*

The diesel and bunker oil fuel used by Mr. Goetz contains neurotoxic agents that are the likely cause of his toxic, symmetrical peripheral neuropathy. Here is a quote from the article by Richie in 2001(1).

> "The most commonly used of these fuel types is DF [diesel fuel] (fuel oil no. 1-D or no. 2-D). DF is a complex mixture of 300–800+ hydrocarbons (predominantly C9–C15; range C6–C30), additives, and contaminants of normal, branched, and cyclic alkanes (60–90% by volume); aromatic compounds, especially alkylbenzenes (5–40%); alkenes (1–10%); and olefinic hydrocarbons (1–2%) obtained from the middle distillate, gas-oil fraction (200– 380°C) during petroleum separation. Known toxicants and carcinogens, including benzene (0.008–0.1%), toluene (0.8–0.25%), ethylbenzene (0.08– 0.2%), xylenes (0.08–0.5%), methylbenzene (unknown %), trimethylbenzene (unknown %), methyoxyethanol (unknown %), trimethylpentane (unknown %) and **n-hexane (0.01–<1.0%) are typically present**;…"

Several products used on a daily basis to clean up the IFO-180 and diesel fuel sprayed and leaked in the engine room of the Victory Tugboat include white spirit also known as naphtha, mineral spirits etc. (1. Unitor Cleanbreak, 2. Unitor Electrosolv-E, 3. Nalfleet ® 79103

Clearbreak, 4. Nalfleet 79106 Carbon cleaner). Here are the synonyms for white spirit: "**White spirit** (UK) or mineral **spirits** (US, Canada), also known as mineral turpentine (AU/NZ), turpentine substitute, petroleum **spirits**, solvent naphtha (petroleum), Varsol, Stoddard solvent, or, generically, "paint thinner", is a petroleum-derived clear liquid used as a common organic solvent...."

There were ten chemicals cited to be used to clean up the engine room from answers to interrogatories. The five noted here were the ones that contained n-hexane.

Petroleum naphtha contains toluene, 1,2,4 trimethylbenzene and n-hexane, which are chemicals well known causes of peripheral neuropathy(2). Here is a table from that MSDS:

**SECTION 3. COMPOSITION/INFORMATION ON INGREDIENTS**

| Component | CAS-No. | Weight % |
|---|---|---|
| Naphtha; Low boiling point naphtha | 8030-30-6 | 100% |
| N-hexane | 110-54-3 | 25 - 35% |
| Xylene | 1330-20-7 | 25 - 35% |
| Toluene | 108-88-3 | 15 - 20% |
| Cyclohexane | 110-82-7 | 15 - 20% |
| Pentane | 109-66-0 | 15 - 20% |
| Heptane [and isomers] | 142-82-5 | 12.5 - 15% |
| Ethylbenzene | 100-41-4 | 5 - 7% |
| Benzene | 71-43-2 | 3 - 5% |
| 1,2,4-Trimethylbenzene | 95-63-6 | 2 - 3% |
| Sulfur | 7704-34-9 | 0 - 1.5% |

The defendant also identified a fifth chemical used in cleaning the engine room. Here is a table from the MSDS for LPS®CFC Free (Aerosol) noting n-hexane at 0.1 to 1.0%:

### 3. Composition/information on ingredients

**Mixtures**

| Chemical name | Common name and synonyms | CAS number | % |
|---|---|---|---|
| 2-Methylpentane | | 107-83-5 | 70 - 80 |
| Isopropanol | | 67-63-0 | 5 - 15 |
| Pentane | | 109-66-0 | 1 - 10 |
| Carbon Dioxide | | 124-38-9 | 1 - 5 |
| N-Hexane | | 110-54-3 | 0.1 - 1 |

All concentrations are in percent by weight unless ingredient is a gas. Gas concentrations are in percent by volume.

There are hundreds of studies on chemical causes of peripheral neuropathy (PN) from especially n-hexane, but 1,2,4 trimethylbenzene has also been linked to peripheral neuropathy as well. I have added references and attach an Appendix that provides a partial list of peer reviewed articles that specifically find n-hexane as a well-documented cause of peripheral neuropathy of the type present in Mr. Goetz(3-9). There are animal studies that indicate 1,2,4-trimethylbenene can cause peripheral neuropathy(10). The finding of short term, few months, of occupational exposure to the neurotoxic agent that shares the same metabolite 2,5-hexandione as n-hexane reveals its potency(6). An earlier study found short term exposure to n-hexane caused severe effects of peripheral neuropathy(11). A study from Japan noted low level exposure in a mixture caused peripheral neuropathy(12). Here is a quote from that paper: “Recently, many cases of the polyneuropathy by chronic industrial exposure to the commercial 'n-hexane' which is one of the principal components of petroleum benzine or gasoline, have been reported (Yamada, 1964, 1967; Oishi et al., 1964; Wada et al., 1965; Sobue et al., 1968; Yamamura, 1969; Inoue et al., 1969, 1970; Herskowitz et al., 1971).” Benzine was a term used

in that time frame[2]. Today that term would apply to white spirit. Another quote from Takeuchi notes the low level that caused severe neuropathy and stressed the importance of skin exposure: "In this workshop, the concentration of petroleum benzene reached 1,250 ppm in its highest time, when the concentration of n-hexane showed 240 ppm. If the concentration of petroleum benzine vapor rose higher than 1,250 ppm, irritation to mucous membrane and narcotic effect would become almost unbearable to the workers. It reasonably follows, therefore, that the concentration of 'n-hexane' in that workroom would have seldom risen over 500 ppm. And from this will be inferred the possibility that there might be some other components exerting over polyneuropathy as causative agents. At the same time the possible effects of the absorption through the skin in the present cases should never be disregarded."

The white spirit or benzine (not benzene) has been the identified chemical leading to peripheral neuropathy and impaired memory as well (13, 14).

There is no other identified or likely cause of his peripheral neuropathy. This opinion is based on the medical records that have ruled out other possible causes of symmetrical axonal sensory-motor nerve damage. The prognosis is poor. The condition is progressive and will not disappear over time. The future medical cost will be substantial, at least $3000 per year for

---

[2] The word benzene was abandoned because of confusion with benzene. Here is the definition from Dictionary.com[2]: **benzine** ben·zine (běn'zēn', běn-zēn') or **ben·zin** (běn'zĭn)

*n.* A colorless, flammable, liquid mixture of hydrocarbons obtained in distilling petroleum, used in cleaning and dyeing and as a motor fuel; naphtha. Also called *petroleum benzin* (http://www.dictionary.com/browse/benzine)

treatment and medications of the PN. This cost will increase by 5% per year and he has 25 years longer to live.

In addition, he has had substantial exposure to benzene as a contaminant of the various petrochemicals to which he has been exposed. The presence of benzene, diesel exhaust and PAHs exposure by Mr. Wade is documented in reports by Dr. Wade and Dr. Stainken. These three, two mixtures and one single chemical to which Mr. Goetz had heavy exposure on board the tug boat “Victory” mean he is at increased risk of lung, bladder and other cancers including leukemia and lymphoma(15, 16). He needs medical monitoring to detect benzene, diesel exhaust and PAH related cancer at an early and treatable stage. The cost of this medical monitoring is about $1,500 per year. These costs will increase at a rate of about 5% per year. He is 58 years old and will live for 25 more years(17).

Mr. Goetz has memory disturbance noted by Dr. Sweeny. In my experience treating hundreds of patients with solvent exposure and peripheral neuropathy I have found that almost all of these patients have toxic encephalopathy or solvent dementia. The neurotoxic agents that cause peripheral neuropathy also cross the blood brain barrier and cause reduced memory, reduced concentration, sleep disturbance, depression and anxiety. The peer reviewed, published literature supporting my opinion is very large(1, 14, 18-33). A study of seaman on tankers revealed memory impairment and other signs of brain damage from solvents(22). Disturbed sleep is an important problem for people exposed to organic solvents like those used by Mr. Goetz(34-38).

Mr. Goetz has been heavily exposed to chemicals including organic solvents that are the cause or significant contributing factor for his current neurological problems.

The medical opinions expressed in this report are based on the information that was available to me at the time of preparation. I reserve the right to modify my opinion as additional information, particularly medical records, becomes available. If there are questions, please let me know.

Respectively,

James Dahlgren MD

*Medical Records Review*

December 24, 1991, he is seen for sore throat, pharyngitis.
September 19, 1996 and January 28, 1993, he was seen with no problems for coast guard physical. Blood pressure was initially up but dropped.
September 26, 1996, he had a blood pressure check. He is trying to modify exercise routine and diet.
December 9, 1996, he stopped in for a blood pressure check.
May 5, 1998, he is in for sore throat, coughing and blowing out green and needs merchant marine physical done. Pharyngitis with sinusistis. Mary McLeod

March 6, 2002 – seen for anxiety and depression.

May 1, 2002, he is seen for a blood pressure check. Hypertension is well controlled with Lotrel and anxiety is controlled with Zoloft.
October 2, 2006 from Riverside Medical. A med check, blood pressure check and no problems found. Anxiety resolved. He has high cholesterol, nonsmoker, no exercise. No acute distress. He has hypertension and hypercholesterolemia.

September 29, 2006 from Riverside Medical.

GOETZ, HAROLD - 9-29-06 (Birth Date 5-30-59)

SUBJECTIVE: Harold is an established patient who presents today for a blood pressure check and med check. It has been a couple of years since he has been seen here in the clinic and even longer since we have had any blood work on file. He goes to Munson annually for his yearly physical and blood work. He was last seen there in March and he was told at that time to follow up with his family doctor because his cholesterol was quite elevated but states he never got in to do that. He does have copies of the blood work at home and I have asked him to bring that in with him when he comes in for a recheck. He has no complaints or concerns. He denies any chest pain, shortness of breath, dizziness, syncope, vision changes or other concerns. He does complain of some anxiety. He used to be on Zoloft which worked well for him, but he hasn't needed it in years. He states that he has been under increased stress at work and is requesting just a short term medication for a month or so until this stress is relieved. Currently medications include Lotrel 10/20. He has been out of that for a week. He typically gets samples at Munson or here but hasn't had that refilled in a week. He has no known drug allergies. Family history is quite significant for cardiovascular disease. His father died at the age of 46 from a heart attack. His mother has high cholesterol and hypertension as well as diabetes. He has a brother who has high blood pressure and high cholesterol as well. Social history reveals that he does not smoke. He works on the tugboats here at the locks. Review of systems is as stated above. He denies any cardiac or respiratory problems.

OBJECTIVE: On exam his blood pressure is 136/96 and temperature is 98. Ears, nose and throat exam is normal. Neck is supple and pain free without adenopathy. Lungs are clear to auscultation bilaterally. Heart is with a regular rate and rhythm. No murmurs or gallops. Carotid and femoral pulses are 2+. No carotid bruit is appreciated.

IMPRESSION:
1. Hypertension
2. Anxiety
3. Hyperlipidemia

PLAN: I have asked him to return in a week or two with his lab slips so that we can have documentation of his cholesterol and blood sugar and also to recheck his blood pressure on the medicine. He was given a prescription for Ativan, 1 mg., #30 with no refills. We discussed diet and exercise and he will reschedule in two weeks for further evaluation.

Paula R. Nichols, R.N., M.S.N., C-F.N.P. PRNichols NP

Medical record from March 8, 2013 is for a physical examination for Sailing. Tamyra Henigan, CFNP saw him, and found all normal findings. There is a full physical, including visual acuity, blood pressure, weight (he is obese), and pulse. All normal findings.

In November 2014, he saw Dr. Giger-Mateeva at Superior Neuroscienes. Findings are below.

Musculoskeletal: No bony abnormalities
Skin visualized portions without rashes lesions or edema
Psychiatric: Mood and affect appropriate

Neurological examination
He is alert and appropriate in no apparent distress. He appears in his stated age he has normal reactive effects. He gives a precise account of his clinical symptoms. He is fluent and conversational speech, without air. Extraocular movements are conjugate, full and without nystagmus. Normal amplitudes rapid alternating movements using the digits of each hand. No tremor. Muscle strength, full throughout, no drift or satelliting of the upper extremities. Sensation intact except for reduced sensation to cold in the feet up to the ankles. Deep tendon reflexes 2+ throughout. Gait rises from the chair with arms crossed in front of the chest. Walks on toes and heels, and tandem without difficulty. The Romberg sign is negative.

**Impression/Plan**
**Problem List**
**Current Visit Problems:**
- 355.9 - Neuropathy

**Impression**
Mr. Harold Gertz is a very pleasant 65-year-old man with a 18 year history of burning in the feet, complicated in the last year by tightness of the lower and upper legs, reduced power walking, especially up and down the stairs. Neurological examination is unremarkable except for reduced sensation to cold only in the feet up to the ankles bilaterally. Nerve conduction tests and EMG at the end of August 2014 revealed axonal type sensorimotor peripheral polyneuropathy in the legs. ~~Mild median mononeuropathy at the wrist bilaterally, consistent with carpal tunnel syndrome.~~ No radiculopathy plexopathy or mononeuropathy. Cervical spine MRI did not reveal any significant abnormalities, to explain any of patient's symptoms. Comprehensive blood work for reversible causes of peripheral neuropathy was negative for normal, except for low vitamin B12 258.

Patient's symptoms can be explained with the peripheral neuropathy. I also suspect that there is a superimposed small fiber neuropathy associated with the burning sensation in the feet. Vitamin B12 deficiency could explain axonal type peripheral polyneuropathy. In addition, the patient and his wife are wondering about the consequence from inhaling IFO-180 heavy oil fuel, and evaporations, and the effect on the peripheral nervous system. The patient worked in such environments since May 5, 2013 until January 2014 during this time he developed the leg tightness and increased severity of the feet burning. Therefore the above question was raised for a discussion. I have reviewed the literature and has not identified any clinical evidence based information on this topic, or case reports. It is possible that there is some contribution from it to the development of new and more severe symptoms however this will be difficult to prove as there is no known marker to correlate with a potential peripheral nervous system damage from the substance.
**Plan Details**
1. We will increase gabapentin by additional 300 milligrams daily for a week, to the maximum of of 600 milligrams 4 times a day (2400 milligrams daily).

2. Start vitamin B12 1000 micrograms tablet 1 tablet daily

3. Will request blood draw for 25-hydroxy vitamin D. Will call patient with results and further advice.

4. We will provide a referral for physical therapy for muscle toning and strengthening, balance and gait retraining, twice a week for 8 weeks.

5. Per patient's request we will call the Mayo Clinic send out lab and asked whether there are re-agents that can be used to screen for blood toxicity from or accumulation of IFO-180 or its components in the blood.

In November of 2015 he is seen for a cyst which is drained and stiches later removed that November.

**Vitals:**
VITALS 11/17/2015 08:11
P:64 bpm R:16 per minute BP: Sitting:128 mmHg /80 mmHg [LeftArm] Height:71.5 Inches Weight:251 lbs O2Sat:97 % Body Mass Index:34.52

**ASSESSMENT:**
Successful removal of the large pilar cyst left scapular area

**Problem/Dx:**
Diagnosis of Body mass index (BMI) 34.0-34.9, adult (Z68.34) Assessment:Stable

**PLAN:**
Suture removal 7-10 days

**Procedures/Injections:**
Patient presents for pilar cyst removal over the left scapula area. This lesion has burst once previously and so there is some scarring over the medial aspect of this, 1 inch in diameter pilar cystic lesion.

Skin was prepped with Betadine, infiltrated with Xylocaine 1% and epinephrine. An incision made over the lesion with a #15 scalpel blunt dissection was then carried out to free up the lesion, which unfortunately burst during the procedure, but we were able to remove the lesion entirely without difficulty and minimal blood loss estimated to be approximately 20 mL's.

The incision was closed with #4 vertical mattress sutures, interrupted blood loss was minimal. Steri-Strips and a Band-Aid were placed over the lesion and the patient was given instructions as to wound maintenance. We will see him back here in 7-10 days for follow-up and suture removal. He will call if any problems arise

**Visit Summary:**
We provided a clinical summary to the patient.

Timothy Tetzlaff, DO

This document signed electronically by Timothy Tetzlaff, DO on 11/17/2015

September 23, 2016, he was seen for loss of consciousness and hit his head. He was drinking but only a beer or two. Under a lot of stress.

There are records from Marquette Internal Medicine, Department of Neuroscience.

Review of systems revealed fatigue, joint and muscle pain, numbness and tingling, and anxiety and depression.

Phone: (906) 225-4500
Fax: (906) 225-3919
www.mimpapc.com

***HAROLD W. GOETZ***
06/27/2016 12:36 PM
Location: Marquette Internal Medicine & Pediatric Associates
Patient #: N136792
DOB: 05/30/1959
Language: English / Race: Refused to Report/Unreported / Ethnicity: Not Hispanic or Latino
Gender: Male

**History of Present Illness** *(Michele Kertscher, Transcriptionist 06/30/2016 01:00 PM)*
The patient is a 57 year old male who presents with a complaint of numbness.
Note: -
Mr. Goetz is a very pleasant 57-year-old gentleman who we are following in our neurology office for neuropathy. He was last seen by Dr. Politi on 2/24/2016. His primary care provider is Dr. Tetzlaff. He comes to today's office visit by himself. In brief, there has been a report of a 2-3 year history of new onset, gradual onset continuous numbness and burning dysesthesias of bilateral feet where the pain can get up to an intensity of 8-9, better with Neurontin medication, now down to 4-5. He reports overall progressive symptoms that are slow. No trauma. No radicular pain. He has some unsteadiness with his gait but no falls are reported. There is no history of any diabetes, chemotherapy, or a family history of neuropathy. However, he has had exposure to petrochemical fumes while on a tugboat starting in 2011 through 2014. He has not worked since 1/2014 due to the significant numbness and foot pains. Nothing seems to aggravate it or alleviate it. He does also have a history of chronic anxiety and depression and some insomnia due to dysesthesias. He does take Celexa 40 mg and Ativan p.r.n. He does suffer from chronic lumbar pains. He was taking some Motrin three times per week. He continues on Neurontin 2,700 mg daily and at the last visit was actually started on Cymbalta but states he did not tolerate it, somewhat feeling ill, and he feels that he was "zoning out." He did not like that feeling and has since stopped the medication, and wishes not to retry that medication. When discussing medications with him, he stopped meloxicam but when talking with him further he did not really have a clear understanding of what the medication was or how to take it. After describing the medication to him, he would like to retry that one. He is really not interested in retrying Lyrica or Elavil and we did discuss in detail that those would be the next two medications to try for his neuropathy pain. He does continue to take a vitamin D and B12 supplement. I am unclear of the dose. He states he will call our office with an update. No recent injury and/or illness.

**Vitals** *(Barb Hellman, MA; 06/27/2016 12:50 PM)*
06/27/2016 12:47 PM
**Weight:** 245 lb **Height:** 72.25 in
**Body Surface Area:** 2.33 m² **Body Mass Index:** 33 kg/m²
**Pulse:** 80 (Regular)
**BP:** 132/74 Manual (Sitting, Left Arm, Standard)

**Physical Exam** *(Michele Kertscher, Transcriptionist; 06/30/2016 01:02 PM)*
The physical exam findings are as follows:
-
Overall he is a very pleasant man, in no acute distress. Vital signs are within normal limits. He is alert and oriented x3 and does not appear sickly. He is well-nourished and well-developed. Mental status - affect is appropriate. Speech is normal. Cranial nerves II-XII show facial musculature is strong to smile and eye closure. Hearing is intact. Sensation to light touch is decreased as well as temperature is decreased in a stocking glove pattern in the lower extremities. Muscle strength appears to be normal in upper and lower extremities. Coordination is intact. Gait is independent, narrow-based and steady when I see him.

HAROLD W. GOETZ Patient #: N136792 DOB: Page 9
Wednesday, May 17, 2017 Page 2 / 3

**Assessment & Plan** *(Michele Kertscher, Transcriptionist; 06/30/201601:06 PM)*
**Idiopathic progressive neuropathy (G60.3)**
Current Plans:
- Started Meloxicam 15MG, 1 Tablet daily, #90, 90 days starting 06/27/2016, Ref. x1.
- Patient Education Handout on Mobic Given

**Other abnormalities of gait and mobility (R26.89)**
Current Plans:

**Low back pain (M54.5)**
Current Plans:

**Insomnia, unspecified (G47.00)**
Current Plans:

**Anxiety disorder, unspecified (F41.9)**
Current Plans:

-
Overall, for his idiopathic progressive neuropathy, will continue Neurontin medication. He did not tolerate Cymbalta. He did not have an allergic reaction but more of an intolerance to the medication. Medications that could be considered for further treatment of his neuropathy would be either Elavil and/or Lyrica. He wishes to hold on those medications right now. For his aches and pains, he would like to retrial Mobic. I have reviewed this medication in detail; maximum dose is 15 mg daily, not to exceed that. He should not take other NSAID medications such as Motrin, Advil, ibuprofen, and so forth with this medicine. He did verbalize understanding. I will give him 15 mg one tablet daily, #90 and one refill. I would like to see him back in either October or early November 2016 for reevaluation. At that time we could discuss further medication such as Elavil or Lyrica. He will call with any questions or concerns. We will give him a printout on the Mobic medication to read about. He verbalized understanding and agreed with the above plan. I also would like him to continue with his B12 and vitamin D supplementation at this time.

TONIA D. KROLL, N.P.
(mlk)d:6/27/16;t:6/30/16

Dr. Roman Politi, a Neurologist started examining Mr. Goetz in February 2016. He states that Mr. Goetz and new onset, gradual onset, numbness and burning in bilateral feet. EMG/NCS testing was performed showing chronic, sensory motor, peripheral polyneuropathy.

He started seeing Dr. Sweeney in February 2017 with an evaluation for neuropathy. Dr. Sweeney made the diagnoses of toxic neuropathy after history and examination. On April 21,

2017, he again sees Dr. Sweeney and notes no change with B12, increased intensity of pain. He has pain in his legs, difficulty sleeping, and pain when he does simple tasks through July 10, 2017.

Motor Nerve Study from April 21, 2017:

**Motor Nerve Study**

Peroneal Nerve

| Rec Site: EDB | Lat (ms) | | Dur (ms) | | Amp (mV) | | Area (mVms) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stim Site | L | R | L | R | L | R | L | R | L | R | L | R |
| Ankle | 4.6 | 5.5 | 4.4 | 3.5 | 2.8 | 1.0 | 7.2 | 2.0 | 60 | 70 | | |
| Fib.Head | 14.6 | 15.1 | 5.2 | 4.8 | 2.0 | 1.1 | 5.4 | 2.7 | 480 | 450 | 48.0 | 47.0 |

Tibial Nerve

| Rec Site: AH | Lat (ms) | | Dur (ms) | | Amp (mV) | | Area (mVms) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stim Site | L | R | L | R | L | R | L | R | L | R | L | R |
| Ankle | 12.5 | 5.3 | 24.2 | 4.0 | .917 | 1.1 | 5.1 | 3.2 | | | | |

**Summary/Interpretation:**

1) Length dependent neuropathy.

Charlene Sweeney, MD

References:

1. Ritchie GD, Still KR, Alexander WK, Nordholm AF, Wilson CL, Rossi J, 3rd, et al. A review of the neurotoxicity risk of selected hydrocarbon fuels. J Toxicol Environ Health B Crit Rev. 2001;4(3):223-312.
2. Company TRaM. MSDS Naphtha. Corporate document. 2017:1-14.
3. Spencer PSSHH. Neurotoxic properties of certain alilphatic hexacarbons. Proc Roy Soc Med. 1977;70:37-9.
4. Spencer PSCDSHH. Chapter 32: n-Hexane and methyl n-butyl ketone. Experimental and Clinical Neurotoxicity. 1980:456-73.
5. Spencer PSBMCSHH. On the specific meolecular confinguration of neurotoxic aliphatic hexacarbon compounds casuing central-peripheral distal axonopathy. Toxicology and applied pharmacology. 1978;44:17-28.
6. Spencer Ps SHH. Neurotoxic properties of certain aliphatic hexacarbons. Proc R Soc Med. 1977;70:7-9.
7. Spencer PS, Schaumburg HH. Organic Solvent Neurotoxicity. Scan J Work Environ Health 1985; 11 (supp1): 53-60. 1985.
8. Schaumberg HSP. Degeneration in central and peripheral nervous systems produced by pure n-hexane: an experimental study. Brain. 1976;99:183-92.
9. Altenkirch H WHMSGSPS. Nervous system responses of rats to subchronic inhalation of n-hexane and n-hexane and methyl-ethyl-ketone mixtures. Journal of the neurological sciences. 1982;57:209-19.
10. Spencer PS, Kim MS, Sabri MI. Aromatic as well as aliphatic hydrocarbon solvent axonopathy. Int J Hyg Environ Health. 2002;205(1-2):131-6.
11. Herskowitz A, Ishii N, Schaumburg H. n-Hexane neuropathy: A syndrome occurring as a result of industrial exposure. New England Journal of Medicine. 1971;285(2):82-5.
12. Takeuchi Y, Mabuchi C, Takagi S. Polyneuropathy caused by petroleum benzine. International archives of occupational and environmental health. 1975;34(3):185-97.
13. Altenkirch H, Mager J, Stoltenburg G, Helmbrecht J. Toxic polyneuropathies after sniffing a glue thinner. Journal of neurology. 1977;214(2):137-52.
14. Spencer PS, Schaumburg HH. Organic solvent neurotoxicity. Facts and research needs. Scandinavian journal of work, environment & health. 1985;11 Suppl 1:53-60.
15. IARC IAfRoC. Diesel and Gasoline Engine Exhausts and some nitroarenes. Government document. 2012;105:1-714.
16. IARC IAfRoC. Benzene- IARC Monograph. In: Organization WH, editor. Lyon, FR2012.
17. Chang MH, Molla MT, Truman BI, Athar H, Moonesinghe R, Yoon PW. Differences in healthy life expectancy for the US population by sex, race/ethnicity and geographic region: 2008. J Public Health (Oxf). 2014.
18. Seeber A SMZMBMDPKEvTC. Toluene exposure below 50ppm and cognitive function: a follow up study with four repeated measurments in rotogravure printing palnts. International archives of occupational and environmental health. 2004;77:1-9.
19. Sabbath EL, Gutierrez LA, Okechukwu CA, Singh-Manoux A, Amieva H, Goldberg M, et al. Time may not fully attenuate solvent-associated cognitive deficits in highly exposed workers. Neurology. 2014;82(19):1716-23.

20. Sabbath EL, Glymour MM, Berr C, Singh-Manoux A, Zins M, Goldberg M, et al. Occupational solvent exposure and cognition: does the association vary by level of education? Neurology. 2012;78(22):1754-60.
21. Morrow L RNHMKH. Assessment of Attention and Memory Efficiency in Persons with Solvent Neurotoxicity. Neuropsychologia. 1992;30:911 - 22.
22. Moen Be RTHEMFGO. Reduced performance in tests of memory and visual abstraction in seamen exposed to industrial solvents. Acta Psych Scand. 1990;81::114-9.
23. Mckee RH, Adenuga MD, Carrillo J-C. Characterization of the toxicological hazards of hydrocarbon solvents. Critical reviews in toxicology. 2015;45(4):273-365.
24. Kilburn KH. Neurobehavioral and respiratory findings in jet engine repair workers: A comparison of exposed and unexposed volunteers. Environmental research. 1999;80(3):244-52.
25. Gregersen P. Neurotoxic effects of organic solvents in exposed workers: two controlled follow-up studies after 5.5 and 10.6 years. American journal of industrial medicine. 1988;14:681-701.
26. Elofsson SAGFHTIAIAJIKGLEMPPHEPBS. Expsosure to organic solvents: a cross-sectional epidemiologic investigation on occupationally exposed car and industrial spray painters with special reference to the nervous system. Scandinavian journal of work, environment and health. 1980;6:239-73.
27. Edling CEKAJGARBLELNLSBG. Long term follow up pf workers exposed to solvents. British Journal of Industrial Medicine. 1990;47:75-82.
28. Chang CM, Yu CW, Fong KY, Leung SY, Tsin TW, Yu YL, et al. N-hexane neuropathy in offset printers. J Neurol Neurosurg Psychiatry. 1993;56(5):538-42.
29. Berstad J, Flekk:y K, Pedersen ON. Encephalopathy and polyneuropathy induced by organic solvents. J Oslo City Hosp 1989 Jun-Jul;39(6-7):81-6. 1989.
30. von Euler M, Pham TM, Hillefors M, Bjelke B, Henriksson B, von Euler G. Inhalation of low concentrations of toluene induces persistent effects on a learning retention task, beam-walk performance, and cerebrocortical size in the rat. Exp Neurol. 2000;163(1):1-8.
31. Morrow LA, Stein L, Bagovich GR, Condray R, Scott A. Neuropsychological assessment, depression, and past exposure to organic solvents. Appl Neuropsychol. 2001;8(2):65-73.
32. Ellingsen DG, Lorentzen P, Langard S. A Neuropsychological Study of Patients Exposed to Organic Solvents. International journal of occupational and environmental health. 1997;3(3):177-83.
33. Eller N, Netterstrom B, Laursen P. Risk of chronic effects on the central nervous system at low toluene exposure. Occup Med (Lond). 1999;49(6):389-95.
34. Lindelof B, Almkvist O, Gothe CJ. Sleep disturbances and exposure to organic solvents. Archives of environmental health. 1992;47(2):104-6.
35. Kaukiainen A, Akila R, Martikainen R, Sainio M. Symptom screening in detection of occupational solvent-related encephalopathy. International archives of occupational and environmental health. 2009;82(3):343-55.
36. Viaene M, Vermeir G, Godderis L. Sleep disturbances and occupational exposure to solvents. Sleep Med Rev. 2009;13(3):235-43.
37. Thetkathuek A, Jaidee W, Saowakhontha S, Ekburanawat W. Neuropsychological Symptoms among Workers Exposed to Toluene and Xylene in Two Paint Manufacturing Factories in Eastern Thailand. Advances in preventive medicine. 2015;2015:183728.

38. Sekkal S, Casas L, Haddam N, Bouhacina L, Scheers H, Taleb A, et al. Sleep disturbances and neurotoxicity in workers exposed to hydrocarbons. An observational study from Algeria. American journal of industrial medicine. 2016;59(2):129-36.

**Additional Articles with Abstracts**

***Bates, M. N., et al. (2016). "Solvent exposure and cognitive function in automotive technicians." Neurotoxicology 57: 22-30.***

Automotive technicians are commonly exposed to organic and chlorinated solvents, particularly through use of cleaning products. Occupational solvent exposures have been associated with deficits in cognitive function but, to our knowledge, no previous studies have investigated automotive technicians. The purpose of the present study was to investigate whether previous exposures to n-hexane, in particular, or general solvents posed a persistent neurotoxic hazard to automotive workers. Enrolled in the study were 830 San Francisco Bay Area automotive repair workers. Each participant underwent a battery of cognitive function tests to investigate central nervous system impairment, with a primary focus on the domains of psychomotor speed, fine motor function, memory and mood. Cognitive test results regressed against estimated hexane and total solvent exposures showed little evidence of associations. Exposures to both solvents and hexane were well below the occupational exposure limits. Our results provide some reassurance about persistent neuropsychological effects in automotive workers who use solvent-based products and those who previously used hexane-containing automotive cleaning products, since this solvent is believed no longer to be used in automotive cleaning products. The lack of observed effect in this study may be attributable to low exposures, or it may reflect improved cognitive function since hexane use in automotive cleaning products was discontinued. However, impacts on results of exposure misclassification and/or the healthy worker survivor effect cannot be discounted. Irrespective of the outcome of this study, the main known neurologic effect of n-hexane is peripheral neuropathy, and such an association in automotive technicians is not excluded by these results.

**Rao, D. B., et al. (2014). "Animal models of peripheral neuropathy due to environmental toxicants." ILAR J 54(3): 315-323.**

Despite the progress in our understanding of pathogeneses and the identification of etiologies of peripheral neuropathy, idiopathic neuropathy remains common. Typically, attention to peripheral neuropathies resulting from exposure to environmental agents is limited relative to more commonly diagnosed causes of peripheral neuropathy (diabetes and chemotherapeutic agents). Given that there are more than 80,000 chemicals in commerce registered with the Environmental Protection Agency and that at least 1000 chemicals are known to have neurotoxic potential, very few chemicals have been established to affect the peripheral nervous system (mainly after occupational exposures). A wide spectrum of exposures, including pesticides, metals, solvents, nutritional sources, and pharmaceutical agents, has been related, both historically and recently, to environmental toxicant-induced peripheral neuropathy. A review of the literature shows that the toxicity and pathogeneses of chemicals adversely affecting the peripheral nervous system have been studied using animal models. This article includes an overview of five prototypical environmental agents known to cause peripheral neuropathy-- namely, organophosphates, carbon disulfide, pyridoxine (Vitamin B6), acrylamide, and hexacarbons (mainly n-hexane, 2,5-hexanedione, methyl n- butyl ketone). Also included is a brief introduction to the structural components of the peripheral nervous system and pointers on common methodologies for histopathologic evaluation of the peripheral nerves.

**Neghab, M., et al. (2012). "Electrophysiological studies of shoemakers exposed to sub-TLV levels of n-hexane." J Occup Health 54(5): 376-382.**

BACKGROUND AND OBJECTIVES: Exposure to n-hexane, a neurotoxic solvent, has been associated with sensorimotor polyneuropathy, both in occupationally exposed workers and in glue-sniffing addicts. The present study was carried out to ascertain whether exposure to sub-TLV levels of n-hexane was associated with electrophysiological abnormalities and to determine if these possible abnormalities have any correlations with parameters such as the biological exposure index (BEI) of this neurotoxic chemical, workers' TWA exposure to n-hexane and/or duration of employment. MATERIALS AND METHODS: Twenty-seven asymptomatic male workers from 6 shoemaking workshops were studied and compared with a group of 20 age- and sex- matched normal controls with no history of exposure to any neurotoxic agent. They underwent physical examinations as well as conventional needle electromyographic examinations and sensory and motor nerve conduction studies of upper and lower extremities. The TWA exposure to n-hexane and urinary concentration of free 2,5-hexanedione were also determined. Data were analyzed using version 16.0 of the SPSS/PC statistical package. RESULTS:

The TWA exposure to n-hexane was estimated to be 83.2 mg/m (3). Electrophysiological studies showed that the amplitudes of sensory nerve action potential (SAP) for median and sural nerves were significantly lower in exposed subjects than in unexposed normal controls. Additionally, a significant correlation was found between these decreases and the urinary concentration of free 2,5-hexanedione. CONCLUSION: The significant decrements in SAP amplitudes for the median and sural nerves may be considered as appropriate indicators for early detection of n-hexane-induced peripheral neuropathy in asymptomatic workers with current exposure to sub-TLV levels of n-hexane.

**Sendur, O. F., et al. (2009). "Toxic neuropathy due to N-hexane: report of three cases." Inhal Toxicol 21(3): 210-214.**

Chronic exposure to n-hexane is one of the well known causes of peripheral neuropathy. This type of neuropathy is commonly seen among individuals employed in shoe and bag factories with inadequate ventilation. We describe three patients with acute and sub-acute neuropathy following n-hexane exposure via inhalation of glue. All of the patients had history of working in the same place. The results of laboratory examinations were in normal ranges except the electroneuromyographic (ENMG) findings which were showing the neuropathy. All patients were hospitalized and rehabilitation programs were carried out. Symptomatic relief was achieved following this treatment, however the pathologic ENMG findings still persisted.

**Rutchik, J. S. (2009). "Occupational Medicine Physician's Guide to Neuropathy in the Workplace Part 3: Case Presentation." J Occup Environ Med 51(7): 861-862.**

**Kutlu, G., et al. (2009). "Peripheral neuropathy and visual evoked potential changes in workers exposed to n-hexane." J Clin Neurosci 16(10): 1296-1299.**

The aim of this study was to evaluate patients who had peripheral neuropathy and changes to their visual evoked responses resulting from exposure to n- hexane. Eighteen patients with acute or subacute neuropathy, who were working in a shoe factory, were investigated clinically and electrophysiologically. These evaluations were then repeated 9 months to 12 months after cessation of exposure to n-hexane. Results of the nerve conduction studies predominantly showed a decrease in motor and sensory conduction velocities. Between 9 and 12 months after cessation of exposure to n-hexane, 83.3% of patients had a complete clinical recovery. The electrophysiological studies also revealed improvement to the majority of motor and sensory nerve conduction velocities. The results of the visual evoked potential (VEP) studies were considered normal at admission, however, the P100 latencies at the 9-month to 12-month

retest had improved ($p < 0.05$). As the abnormalities identified with clinical examination and nerve conduction studies, and the subclinical abnormalities revealed through VEP assessment, could be reversed after exposure to n-hexane had ceased, the clinical prognosis was usually good.

**Puri, V., et al. (2007). "N-hexane neuropathy in screen printers." Electromyogr Clin Neurophysiol 47(3): 145-152.**

BACKGROUND: To study the clinical and electrophysiological profile of n- hexane neuropathy in a tertiary care center of India. METHODS: Twenty five screen printers from five different factories, with peripheral neuropathy were included in the study. A detailed general physical, systemic and neurological examination was conducted Visual acuity, color vision and field charting was done in all the subjects. All patients were subjected to Folstein mini mental scale examination. Electrophysiological evaluation included motor and sensory conduction studies of the conventionally studied nerves of upper and lower limbs, Needle EMG of various distal and proximal muscles and patterned visual evoked responses. The electrophysiological profile was repeated every three months till one year. Sural nerve biopsy was studied in six patients. The patients were followed for a maximum of 4 years. RESULTS: Twenty three [92%] patients had sensory- motor neuropathy, while pure sensory neuropathy was seen in two. The sensory conductions were affected almost equally in upper as well as the lower limbs, while the motor conductions were affected more in the lower limbs than the upper limbs. The sensory conductions were not recordable in both the upper and the lower limbs in 18 [72%] patients. Motor conduction studies revealed an asymmetric and patchy involvement. Proximal conduction block was seen in 3 patients [12%]. On needle EMG features of denervation were seen in all patients. P100 latency was normal in all. Sural nerve biopsy showed a selective decrease in large myelinated axons with demyelination. Axonal swelling with focal areas of demyelination was observed in two patients. CONCLUSIONS: The electrophysiological patterns as well as the histopathology reflect the pathophysiology of n-hexane neuropathy.

**Zhang, Y., et al. (2006). "Association between metabolic gene polymorphisms and susceptibility to peripheral nerve damage in workers exposed to n-hexane: a preliminary study." Biomarkers 11(1): 61-69.**

Chronic exposure to n-hexane may result in peripheral neuropathy. 2,5- Hexanedione (2,5-HD) has been identified as a toxic metabolite of n-hexane. The CYP2E1, CYP1A1 and GST genes are involved in the formation of 2,5- hexanedione from n-hexane as well as the elimination of 2,5-HD-formed electrophile, and these genes are highly polymorphic in the general population. A

nested case-control study in an industrial cohort was conducted to evaluate the associations between polymorphisms in these metabolic genes and n- hexane-induced peripheral nerve damage. The study subjects included 22 cases, who worked in a printing factory with symptoms of peripheral nerve damage, and 163 controls, who came from the same factory of cases. DNA was extracted from blood samples and genotyping was conducted for CYP2E1 Pst, CYP2E1 Dra, CYP2E1 Ins96, CYP1A1 Msp, GSTT1 null, GSTM1 null and GSTP1 105V. Unconditional logistic regression was applied to estimate the odds ratio and 95% confidence intervals. There were no significant differences between the two groups regarding age, sex, smoking and alcohol status. A significant association between Dra polymorphism and peripheral nerve damage was found. The frequency of CYP2E1 Dra homozygous mutation in the case group (18.2%) was higher than that in the control group (3.7%, p=0.015). Individuals with homozygote genotype (CC) of CYP2E1 Dra had a significantly higher risk of peripheral nerve damage compared with those with DD genotype (adjusted OR=?.58, 95% CI=1.32-23.65) after n-hexane exposure duration, sex, age, smoking and alcohol status were adjusted. No significant association was found that CYP2E1 Pst, CYP2E1 Ins96, CYP1A1 Msp, GSTT1, GSTM1, GSTP gene polymorphisms associated with the susceptibility of peripheral nerve damage. These findings suggested that CYP2E1 gene might increase the susceptibility to n-hexane-induced peripheral damage.

**Spencer, P. S., et al. (2002). "Aromatic as well as aliphatic hydrocarbon solvent axonopathy." Int J Hyg Environ Health 205(1-2): 131-136.**

Superfund sites that contain mixtures of aromatic and aliphatic solvents represent an undefined health hazard. After prolonged exposure to relatively high levels of certain aliphatic solvents (e.g. n-hexane, 2-hexanone), humans and animals develop a dose-dependent neurodegeneration that occurs clinically as a symmetrical peripheral neuropathy. This is triggered by the action of 2,5-hexanedione (1,2-diacetylethane), a 1,4-diketone (gamma-diketone) metabolite that targets proteins required for the maintenance of neuronal (and testicular Sertoli cell) integrity. Certain aromatic solvents (1,2-diethylbenzene, 1,2,4-triethylbenzene) cause electrophysiological changes consistent with sensorimotor neuropathy in rodents, but the underlying mechanisms and pathogenesis are unclear. Our recent studies show that the o-diacetyl derivative and likely metabolite of 1,2-diethylbenzene, 1,2-diacetylbenzene, behaves as a neurotoxic (aromatic) gamma-diketone of high neurotoxic potency. Rats treated with 1,2-diacetylbenzene develop limb weakness associated with proximal, neurofilament-filled giant axonal swellings comparable to those seen in animals treated with the potent 3,4-dimethyl derivative of 2,5-hexanedione. The blue chromogen induced by treatment with 1,2-diacetylbenzene is under study as a possible urinary biomarker

of exposure to aromatic solvents (e.g. 1,2-diethylbenzene, tetralin) with neurotoxic potential. Development and validation of sensitive new biomarkers, especially for non- cancer endpoints, will aid in assessing the health risk associated with exposure to hazardous substances at Superfund sites.

**Kuang, S., et al. (2001). "[A clinical analysis of 102 cases of chronic n-hexane intoxication]." Zhonghua Nei Ke Za Zhi 40(5): 329-331.**

OBJECTIVE: Chronic n-hexane exposure can result in n-hexane intoxication which is mainly characterized by a series of manifestations of peripheral nerve lesions. The disease was sometimes misdiagnosed as "unknown multiple peripheral neuropathy". 102 cases of n-hexane intoxication were investigated and reported in order to call attention to the disease. METHODS: All the 102 cases, male 30, female 72; age 17 - 29, mean (21 +/- 3) were n-hexane workers. During the hospitalization the following data were collected: medical history, neurological check up, electromyogram, electrocardiogram, serum biochemical analysis, ophthalmologic study and the metabolite of n-hexane- the urinary 2, 5-hexanedione level. The airborne n-hexane levels of the working environment were also measured. RESULTS: The average incubation period of the 102 cases was (8.3 +/- 2.6) months. The average course of the disease was (12.1 +/- 4.2) months. Airborne n-hexane concentration of the working places ranged from 188.0 to 7,848.6 mg/m(3). The most common prodromes were headache, anorexia, dizziness and weight loss. The main clinical manifestations of the disease were ascending abnormal sensation. Sensory loss and dyskinesia began from the distant parts of the limbs. The patient had reduction or disappearance of tendon reflexes, weakness and muscle atrophy in the limbs. Electromyography showed a neuropathic pattern, which was parallel to the clinical symptoms and signs. Delayed worsening of symptoms and signs after cessation of n-hexane exposure was observed in some cases. All the 102 cases recovered totally after treatment with Vitamin B, Chinese traditional medicine, physical therapy and training. CONCLUSION: The main lesion of the disease is multiple peripheral neuropathy. Diagnosis should be made according to the history of n-hexane exposure, the typical clinical manifestations of peripheral neuropathy as well as the neuropathic changes on electromyography. Therapeutic measures for peripheral neuropathy of other etiologies may be used and the prognosis is optimistic if correct diagnosis is made and further exposure stopped.

**Centers for Disease, C. and Prevention (2001). "n-Hexane-related peripheral neuropathy among automotive technicians--California, 1999-2000." MMWR Morb Mortal Wkly Rep 50(45): 1011-1013.**

Solvents, glues, spray paints, coatings, silicones, and other products contain normal (n-) hexane, a petroleum distillate and simple aliphatic hydrocarbon. n- Hexane is an isomer of hexane and was identified as a peripheral neurotoxin in 1964. Since then, many cases of n-hexane-related neurotoxicity have occurred in printing plants, sandal shops, and furniture factories in Asia, Europe, and the United States. This report describes an investigation of n-hexane-associated peripheral neuropathy in an automotive technician, an occupation in which this condition has not been reported, and summarizes the results of two other case investigations in the automotive repair industry. The findings suggest that solvent manufacturers should avoid using hexane when producing automotive degreasing products, and automotive technicians should avoid regular contact with hexane-based cleaning solvents.

**Herbert, R., et al. (1995). "Peripheral neurologic abnormalities among roofing workers: sentinel case and clinical screening." Arch Environ Health 50(5): 349-354.**

Peripheral neuropathy developed in a 52-y-old roofer who was exposed to multiple solvents in one-ply roofing systems. Forty roofers who were exposed to various roofing systems were assessed by symptoms, occupational history, standardized physical examination, and measurement of vibrotactile thresholds of the upper and lower extremities. After exclusion of roofers who were predisposed to peripheral neuropathy, we detected abnormal vibrotactile thresholds in 42% ($p < .001$) of roofers' dominant toes and in 36% ($p < .001$) of roofers' nondominant toes; fewer roofers had abnormal sensory physical examinations or reported neuritic symptoms. Roofing workers may be at increased risk of peripheral neuropathy, perhaps resulting from exposure to solvents--particularly n-hexane, associated with one-ply roofing systems.

**Armstrong, C. (1995). "Longitudinal neuropsychological effects of n-hexane exposure: neurotoxic effects versus depression." Arch Clin Neuropsychol 10(1): 1-19.**

Human exposure to n-hexane (a hexacarbon solvent) is relatively frequent as it is used in many industries as a solvent, a thinner, and a cleaning agent. This report examines a case of peak n-hexane exposure, involving known exposure to high levels over a relatively brief period of time. Peak exposure is a risk factor for persisting neuropsychological impairment. However, cognitive deficits and depression have not been measured in studies of n-hexane, and only peripheral neuropathy, often reversible, is thought to be the neurological risk. This case demonstrates the longitudinal patterns of neuropsychological functions and emotion, and represents the early and late developing effects of n-hexane exposure that parallel the longitudinal change reported in groups of workers with solvent exposure.

**Chang, C. M., et al. (1993). "N-hexane neuropathy in offset printers." J Neurol Neurosurg Psychiatry 56(5): 538-542.**

In an offset printing factory with 56 workers, 20 (36%) developed symptomatic peripheral neuropathy due to exposure to n-hexane. Another 26 workers (46%) were found to have subclinical neuropathy. The initial change in the nerve conduction study was reduced amplitude of the sensory action potentials, followed by reduced amplitude of the motor action potentials, reduction in motor conduction velocities and increase in distal latencies. These changes indicate primary axonal degeneration with secondary demyelination. Sural nerve biopsy in a severe case showed giant axonal swellings due to accumulation of 10nm neurofilaments, myelin sheath attenuation and widening of nodal gaps. The development of neuropathy bore no direct relationship to the duration of exposure, hence factors such as individual susceptibility may be important. Optic neuropathy and CNS involvement were uncommon and autonomic neuropathy was not encountered.

**Pryor, G. T. and C. S. Rebert (1992). "Interactive effects of toluene and hexane on behavior and neurophysiologic responses in Fischer-344 rats." Neurotoxicology 13(1): 225-234.**

Solvent mixtures are ubiquitous in industrialized environments and are used frequently for recreational purposes. Toluene and hexane are common components of many solvent mixtures and have characteristic, but different, neurotoxic consequences. Interestingly, Takeuchi et al., (1981) reported that toluene attenuated the peripheral neuropathy caused by n-hexane, possibly by blocking its metabolism to 2,5-hexanedione (Perbellini, et al., 1982). To confirm such effects at higher concentrations and to examine effects on the central nervous system (CNS), four groups of 12 rats each were exposed to air, toluene (1200 ppm), hexane (4000 ppm), or a mixture of toluene (1200 ppm) and hexane (4,000 ppm) 14 hr/day for 9 weeks. A battery of behavioral and electrophysiologic tests was used to assess the functional consequences of their exposures. The battery consisted of measures of grip strength, locomotor gait and landing splay, sensory sensitivities during conditioned avoidance performance, the action potential of the ventral caudal nerve, and the brainstem auditory evoked response. Measures of peripheral nervous system functions (e.g., grip strength and conduction velocity) showed interactive effects like those reported by Takeuchi et al. Toluene greatly reduced the neuropathy caused by hexane. Hexane-induced abnormalities in central components of the brainstem response were much less reduced in the presence of toluene. There was no reciprocal action of hexane on the motor syndrome and hearing loss caused by toluene.

**Pryor, G. T. (1991). "A toluene-induced motor syndrome in rats resembling that seen in some human solvent abusers." Neurotoxicol Teratol 13(4): 387-400.**

The purpose of these experiments was to determine the extent to which subchronic exposure of rats to toluene might cause symptoms similar to those seen in some heavy abusers of toluene-containing products. In the first exploratory experiment, weanling male Fischer-344 rats were exposed to air, toluene, n-hexane, or a mixture of toluene, n-hexane, and methyl ethyl ketone (8 h per day, 7 days per week) for 11 weeks. A mild peripheral neuropathy was revealed by measures of grip strength in the rats exposed to n-hexane alone or in the mixture, but not in the rats exposed to toluene. Instead, the rats exposed to toluene alone developed a persisting motor syndrome characterized by a shortened and widened gait and a widened landing foot splay. The rats exposed to toluene alone or in the mixture were also hearing impaired, but not the rats exposed to n-hexane alone. In the second experiment, done to confirm and extend these results, weanling male Fischer-344 rats were exposed to toluene under three different daily schedules--2,200 ppm continuously for 8 h per day; 4,400 ppm, 30 min each h, 8 h per day; or 6,200 ppm, 15 min each h, 8 h per day. The exposures were 7 days per week for 23 weeks. The motor syndrome and hearing impairment were replicated in all essential respects in all toluene-exposed groups with no appreciable differences attributable to the daily exposure schedules. The effects were still evident 15 weeks after the last exposure. Toluene inhibited weight gain in both experiments, and in the second experiment, it was found that skeletal growth (torso length, rump width) was also inhibited. Toluene did not significantly impair rotorod performance in either experiment or acquisition of a spatial-navigation task in the second experiment. No neuropathologic correlates of the persisting motor syndrome were found in either experiment when the rats were sacrificed 9 and 16 weeks after the last exposure, respectively. These results demonstrate that toluene can cause a persisting motor syndrome in rats that resembles, to some extent at least (i.e., wide-based ataxic gait), the syndrome seen in some heavy abusers of toluene- containing products.

**Lolin, Y. (1989). "Chronic neurological toxicity associated with exposure to volatile substances." Hum Toxicol 8(4): 293-300.**

1. The main neurological disorders associated with chronic VSA are peripheral neuropathy, cerebellar disease, chronic encephalopathy and dementia. Apart from peripheral neuropathy, the clinical features are non-specific, evidence for solvent-related toxicity is in most cases circumstantial and there is no clear dose/response relationship. 2. Peripheral neuropathy is mainly associated with n-hexane and methyl n-butyl ketone. 3. Cerebellar disease is usually associated with toluene exposure; in the more severe cases there is often radiological evidence

of irreversible cerebellar atrophy. 4. Chronic encephalopathy and dementia are the most serious consequence of solvent exposure, particularly to toluene in abusers and to mixed solvents in industrial workers. Postmortem studies in some abusers have shown generalized axonal degeneration, demyelination and brain atrophy. 5. Further studies on low level solvent exposure are needed as little is known about the neurological consequences of mild VSA, especially as regards individual susceptibility and possible interactions between solvents and other toxins such as ethanol.

**Seppalainen, A. M. (1988). "Neurophysiological approaches to the detection of early neurotoxicity in humans." Crit Rev Toxicol 18(4): 245-298.**

Various neurophysiological methods, including electroencephalography, electromyography, nerve conduction velocities, and evoked potential techniques, have been used to detect early signs of neurotoxicity in humans. These methods have been applied to groups of occupationally exposed workers and their referents in epidemiologic studies, to patients with suspected or proven diseases after long-term work in toxic environment, and to human subjects during or after experimental exposure. The main body of knowledge arises from epidemiologic studies of occupationally exposed subjects, and several chemicals widely used in industry have been shown to be neurotoxic. Of these, e.g., lead causing peripheral neuropathy, some solvents like carbon disulfide, n-hexane, and methyl n-butyl ketone also causing neuropathy and at times central nervous system effects as well as acryl amide have been studied using neurophysiological approaches. Several other solvents including toluene, xylene, and various mixtures of organic solvents have been suspected to be neurotoxic, and nervous system effects have been ascribed to those in several neurophysiological studies. Some studies have elucidated acute nervous system effects of ethyl alcohol or industrial solvents in experimental situations applying, for example, evoked potential techniques or electroencephalography.

**Upreti, R. K. and R. Shanker (1987). "2,5-Hexanedione-induced immunomodulatory effect in mice." Environ Res 43(1): 48-59.**

The immunotoxic potential of 2,5-hexanedione (2,5-Hxdn), the end metabolite of n-hexane/methyl n-butyl ketone, was evaluated in a mouse model involving multiple pathomorphological, hematological, and immunological assays. Young adult male Swiss albino mice were given either single or seven consecutive oral doses of 0.2 X LD50 of 2.5-Hxdn. None of the treated mice exhibited any sign of hind limb weakness up to 1 week. On the eighth day, half the animals were sacrificed for initial pathomorphological studies of various organs and the other half were subjected to several immune function tests. The results revealed treatment-

related reduction in cellularity of spleen, thymus, and mesentric lymph nodes and pathotoxicological changes. Further, immune function tests such as delayed-type hypersensitivity reaction, plaque-forming cell assay, phagocytosis by adherent peritoneal exudate cells, and resistance to endotoxin shock were considerably impaired. These results suggest that 2,5- Hxdn treatment causes profound impairment of immunity in mice even before the onset of peripheral neuropathy.

**Governa, M., et al. (1987). "Urinary excretion of 2,5-hexanedione and peripheral polyneuropathies workers exposed to hexane." J Toxicol Environ Health 20(3): 219-228.**

Forty shoe factory workers who were exposed to hexane were investigated to see if there was a correlation between electroneuromyographic changes indicative of neuropathy and urinary excretion of 2,5-hexanedione. Urinary samples were analyzed for the presence of the metabolic products of n-hexane and its isomers. Electrodiagnostic examination was carried out following the urinary sampling. A rating scale was used to obtain a cumulative numeric index of electrodiagnostic findings. 2,5-Hexanedione and gamma-valerolactone were discovered in all cases, while 2-hexanol was found in 11 cases. 2,5- Hexanedione was the main metabolite in most cases (39 of 40). Only in 1 case was a low level of 2-methyl-2-pentanol detected; 3-methyl-2-pentanol was never detected. Metabolic products of cyclohexane were present in about one- fifth of the cases, while trichloroethanol, a metabolic product of trichoroethylene, was nearly always present, all at very low concentrations. Electromyographic abnormalities significant for early detection of toxic polyneuropathy were found in 14 cases. A statistically significant correlation of the electroneuromyographic scoring on the urinary concentrations of measured metabolites was observed only with 2,5-hexanedione and gamma- valerolactone, both derived from n-hexane. Since gamma-valerolactone is probably not a true metabolite of n-hexane, our results support the hypothesis that polyneuropathies in shoemakers are due to 2,5-hexanedione. For practical purposes the urinary concentration of 2,5-hexanedione can serve as a predictive measurement for early detection of neurotoxic lesions at preclinical states.

**Hall, D. M., et al. (1986). "Neuropathy in a petrol sniffer." Arch Dis Child 61(9): 900-901.**

A 4 year old boy developed a profound motor neuropathy after repeated deliberate inhalation of petroleum vapour. The condition was characterised by extreme slowing of the nerve conduction velocity. He made a gradual recovery over six months. The neuropathy was attributed to the N-hexane component of petroleum.

**Spencer, P. S. and H. H. Schaumburg (1985). "Organic solvent neurotoxicity. Facts and**

**research needs." Scand J Work Environ Health 11 Suppl 1: 53-60.**

While many organic solvents are, in large doses, capable of inducing an acute, reversible narcotic state, few unequivocally induce chronic, long-lasting, or irreversible changes in nervous system structure and/or function. For organic solvents with proved neurotoxic properties, the type of neurological damage is closely related to the structure of the chemical agent, while the degree of impairment and the extent of reversibility are related to the potency, dose, and duration of exposure. Examples include solvents containing n-hexane or methyl n-butyl ketone, which have caused many cases of occupational neuropathy. Chronic inhalation abuse of pure toluene produces irreversible cerebellar, brainstem, and pyramidal-tract dysfunction, but comparable changes have not been found in solvent workers occupationally exposed to toluene. Ototoxicity is found in experimental animals exposed to toluene, xylene, or styrene. Impure trichloroethylene has a predilection for damaging the trigeminal nerve; dichloroacetylene, a breakdown product of trichloroethylene, is probably responsible for this neurotoxic property. Prolonged occupational exposure to mixed solvents, notably white spirit, has been reported to induce a mild, nonprogressive dementing illness with or without peripheral nerve dysfunction, but supporting data from neuropathological and experimental animal studies are lacking. Many other solvents have been reported to induce adverse effects in workers. The pivotal biological role of the nervous system and its vulnerability to selected organic solvents widely used in industry underline the urgent need for further clinical and experimental research on this problem.

**Tenenbein, M., et al. (1984). "Peripheral neuropathy following intentional inhalation of naphtha fumes." Can Med Assoc J 131(9): 1077-1079.**

Two adolescent native Canadians who presented with peripheral neuropathy secondary to the abuse of volatile hydrocarbons are described. They were initially thought to have been sniffing leaded gasoline fumes, but public health investigation revealed that they had been sniffing naphtha fumes. Naphtha contains a significant amount of n-hexane, a known inducer of neuropathy. Nerve conduction studies and nerve biopsy confirmed the diagnosis of naphtha abuse. These cases emphasize the need to specifically identify the formulation of hydrocarbons being abused.

**Mutti, A., et al. (1982). "n-Hexane-induced changes in nerve conduction velocities and somatosensory evoked potentials." Int Arch Occup Environ Health 51(1): 45-54.**

Fifteen women from a shoe factory were examined clinically and their cerebral evoked

responses to 256 electrical stimulations of the median nerve were averaged. Neurophysiological investigations included maximal motor (MCV) and distal sensory (dSCV) nerve conduction velocity measurement on ulnar, median, and peroneal nerves. A referent group was composed of 15 age- matched women without exposure to neurotoxic chemicals. MCVs and dSCVs of the exposed workers were significantly reduced vs referents, while P15 and N20 components of the somatosensory evoked potentials (SEP) showed an increased latency. A negative linear relationship was found between dSCV and P15 latency. However, two subjects with an abnormally low dSCV showed normal SEP latency, and two other subjects displayed abnormal SEP latency, while their dSCV was in the normal range. Therefore, SEP investigation may give additional information on nervous system function, even in subjects with peripheral neuropathy. The later SEP components were much flatter in the exposed than in the referent group, suggesting some neurotoxic effects of n- hexane on the central nervous system too.

**Ruff, R. L., et al. (1981). "Neuropathy associated with chronic low level exposure to n-hexane." Clin Toxicol 18(5): 515-519.**

Concentrations of n-hexane greater than the threshold limit value (TLV) of 500 ppm are known to produce peripheral neuropathy. This report describes the case of a worker who developed peripheral neuropathy, with a histologic pattern characteristic of n-hexane toxicity, after chronic on-the-job exposure to n-hexane at concentrations less than 450 ppm. We suggest that the current TLV for n-hexane be reevaluated.

**Perbellini, L., et al. (1981). "Neurotoxic metabolites of "commercial hexane" in the urine of shoe factory workers." Clin Toxicol 18(12): 1377-1385.**

Urinary metabolites were tested in 41 shoe-factory workers exposed to a mixture of 10 solvents among which "commercial hexane" was the prevailing component. Cyclohexanol, 2-methyl-2-pentanol, 3-methyl-2-pentanol, and trichloroethanol were determined in connection with exposure to cyclohexane, 2-methylpentane, 3-methylpentane, and trichloroethylene, respectively. 2- Hexanol, 2,5-hexanedione, 2,5-dimethylfuran, and gamma-valerolactone were all determined in connection with n-hexane exposure only. 2,5-Hexanedione was the principal n-hexane metabolite found in the workers' urine. This finding of the experimentally proven neurotoxin 2,5-hexanedione in the urine of shoe- factory workers exposed to "commercial hexane" is consistent with the idea that this compound is responsible for the development of neuropathy in this group of individuals.

**Lalloo, M., et al. (1981). "Benzine-sniffing neuropathy." S Afr Med J 59(15): 522-524.**

Eight children and adolescents with a predominantly motor neuropathy of which the most likely cause was n-hexane are described. n-Hexane is one of the impurities in highest concentration in benzine, a petroleum product freely available at most corner stores in South Africa. It is bought freely by a large number of Black children in Natal and sniffed to produce a state of euphoria. Benzine sniffing by children constitutes a major health hazard in Natal.

**Rizzuto, N., et al. (1980). "n-hexane polyneuropathy. An occupational disease of shoemakers." Eur Neurol 19(5): 308-315.**

The epidemiological, clinical, electrophysiological and nerve biopsy findings of 3 cases of n-hexane neuropathy in shoe industry are reported. The disease affects more than 1 person working in the same environment, regardless of their specific role, and occurs in factories where standards of hygiene are low. In the most severe cases the picture of peripheral neuropathy is associated with symptoms suggesting a concurrent involvement of the central nervous system such as dysarthria, disproportionate ataxia of the gait, blurred vision, and sometimes, after the recovery of the peripheral neuropathy, appearance of leg spasticity. Light- and electron microscopic study of peripheral nerve biopsies shows that the toxic produces a primary axonopathy characterized by segmental swellings of the fibers, due to accumulation of filaments. Retraction of the myelin from the node and segmental demyelination are secondary to the axonal changes. Experimental models of hexacarbon neurotoxicity may offer an explanation for the anatomical substrate underlying the symptoms related to the involvement of the central nervous system.

**Altenkirch, H., et al. (1977). "Toxic polyneuropathies after sniffing a glue thinner." J Neurol 214(2): 137-152.**

In West Berlin in the autumn of 1975 through the following 5 months we observed 18 juvenile patients who had a toxic polyneuropathy and had sniffed a glue thinner. The neurological picture consisted of a symmetrical, progressive, ascending, mainly motor, polyneuropathy with pronounced muscle atrophy and characteristic vegetative alterations. The height of the disease was reached after 1 1/2-2 1/2 months and was characterized by tetraplegia in 7 patients. After 8 months all patients still had a motor deficit. Nerve biopsy showed paranodal axon swelling, dense masses of neurofilaments and secondary myelin retraction. The neurological and morphological data correspond to the "glue sniffer's neuropathy" and the n-hexane and MBK polyneuropathy after industrial exposure, as described in 10 cases to date. However, there was no MBK in the glue thinner. The polyneuropathies occurred in close time relation with the denaturation of the thinner with MEK (2- butanone). It is concluded from the data n-hexane

and MBK have a common toxic mechanism with primary axonal changes and that there is an additional synergistic effect of MEK.

**Towfighi, J., et al. (1976). "Glue sniffer's neuropathy." Neurology 26(3): 238-243.**

Progressive sensorimotor neuropathy developed in two patients exposed to prolonged (chronic) inhalation of n-hexane (glue sniffing). Sural nerve biopsies showed loss of axons; remaining axons were either normal or showed accumulation of filaments of 90 to 100 A thick, widened nodes of Ranvier, and focal enlargements. The muscle biopsy revealed neurogenic atrophy. Intramuscular nerve twigs and end-plates, studied in one patient, showed loss of axons and nerve terminals. Unmyelinated axons also showed accululation of 60 to 100 A thick filaments. The similarities between the pathologic findings in the peripheral nerve of these patients and those with acrylamide neuropathy suggest that the n-hexane inhalation produces a dying back neuropathy.

**Schaumburg, H. H. and P. S. Spencer (1976). "Degeneration in central and peripheral nervous systems produced by pure n-hexane: an experimental study." Brain 99(2): 183-192.**

Rats intoxicated with pure n-hexane, either by repetitive subcutaneous injection or by continuous inhalation, developed clinical and/or pathological evidence of peripheral neuropathy. Animals intoxicated by inhalation (400-600 ppm) developed clinical signs after forty-five days and displayed giant axonal swellings and fibre degeneration both in the central and peripheral nervous systems. The changes were most strking in tibial nerves supplying calf muscles and in selected areas of the cerebellum, medulla and spinal cord. In contrast to the usual picture associated with dying-back disease, the distal regions of proximal nerve fibres supplying calf muscles degenerated before equivalent regions of longer fibres supplying the hindfeet. The relevance of the central nervous changes to individuals recovering from toxic neuropathies and the need for a reduction of the present Threshold Limit Value (500 ppm) for human exposure are discussed.

**Paulson, G. W. and G. W. Waylonis (1976). "Polyneuropathy due to n-hexane." Arch Intern Med 136(8): 880-882.**

In 25 years, at least eight of 50 total exposed employees in a small plant developed a mild neuropathy. Studies of urine or blood for lead, arsenic, mercury, cadmium, thallium, and antimony revealed no sign of toxic agents, but the atmosphere in one room contained toxic levels of n-hexane. The sourse was the glue used in the plant. Serum cholinesterase levels were reduced, offering a possible laboratory tests to alert clinicians to the possibility of n- hexane

exposure. All patients recovered completely. Mechanical and administrative adjustments should prevent such industrial accidents.

**Herskowitz, A., et al. (1971). "N-hexane neuropathy. A syndrome occurring as a result of industrial exposure." N Engl J Med 285(2): 82-85.**

**Jovanovic, J. M., et al. (2004). "Peripheral nerve conduction study in workers exposed to a mixture of organic solvents in paint and lacquer industry." Croat Med J 45(6): 769-774.**

AIM: To compare levels of combined exposure to white spirit, toluene, butyl acetate, ethyl acetate, and xylene in the manufacturing of paint, cartridge, drying, and top-coat sections of paint and lacquer industry, and peripheral nerve conduction parameters in the exposed workers. METHODS: The exposed group comprised 120 workers while the control group included 110 workers who had never been exposed to the above listed organic solvents. Nerve conduction studies of the radial and tibial anterior nerve were performed in both groups. RESULTS: Motor and sensitive conduction velocity, as well as terminal latency of the radial and tibial anterior nerve showed significant changes in exposed workers in comparison to those of the control group ($p<0.001$). These parameters were significantly changed in workers with long length exposure to the toxic agents. In early stages of exposure, neural conduction parameters of the radial nerve were the most sensitive parameters in detecting subclinical peripheral nerve changes ($p<0.001$). There was significant correlation between the nerve conduction changes and urinary levels of hippuric and methyl-hippuric acids ($p<0.01$). CONCLUSION: The results of the study suggest neurotoxic effects of the mixture of white spirit, toluene, butyl acetate, ethyl acetate, and xylene detected in paint and lacquer industry. Standard measurement of the urinary levels of hippuric and methylhippuric acids could be a useful indicator of need for nerve conduction studies and the subclinical peripheral neuropathy screening in exposed workers.

**Spencer, P. S., et al. (2002). "Aromatic as well as aliphatic hydrocarbon solvent axonopathy." Int J Hyg Environ Health 205(1-2): 131-136.**

Superfund sites that contain mixtures of aromatic and aliphatic solvents represent an undefined health hazard. After prolonged exposure to relatively high levels of certain aliphatic solvents (e.g. n-hexane, 2-hexanone), humans and animals develop a dose-dependent neurodegeneration that occurs clinically as a symmetrical peripheral neuropathy. This is triggered by the action of 2,5-hexanedione (1,2-diacetylethane), a 1,4-diketone (gamma-diketone) metabolite that targets proteins required for the maintenance of neuronal (and testicular Sertoli cell) integrity. Certain aromatic solvents (1,2-diethylbenzene, 1,2,4-triethylbenzene) cause electrophysiological changes consistent with

sensorimotor neuropathy in rodents, but the underlying mechanisms and pathogenesis are unclear. Our recent studies show that the o-diacetyl derivative and likely metabolite of 1,2-diethylbenzene, 1,2-diacetylbenzene, behaves as a neurotoxic (aromatic) gamma-diketone of high neurotoxic potency. Rats treated with 1,2-diacetylbenzene develop limb weakness associated with proximal, neurofilament-filled giant axonal swellings comparable to those seen in animals treated with the potent 3,4-dimethyl derivative of 2,5-hexanedione. The blue chromogen induced by treatment with 1,2-diacetylbenzene is under study as a possible urinary biomarker of exposure to aromatic solvents (e.g. 1,2-diethylbenzene, tetralin) with neurotoxic potential. Development and validation of sensitive new biomarkers, especially for noncancer endpoints, will aid in assessing the health risk associated with exposure to hazardous substances at Superfund sites.

Abbate, C., et al. (1993). "Neurotoxicity induced by exposure to toluene. An electrophysiologic study." Int Arch Occup Environ Health 64(6): 389-392.
The object of the present study was to evaluate, with the aid of electrophysiologic techniques, the alterations induced in the auditory nervous system by exposure to toluene in a group of rotogravure workers. From 300 workers who were apparently in good health but were professionally exposed to toluene, we selected a sample of 40 workers of normal hearing ability. They were examined with an adaptation test studied by the brainstem auditory evoked potential technique with 11 and 90 stimulus repetitions a second. The results were compared with those in a group of workers of the same age but not professionally exposed to solvents. Our study demonstrates that exposure to toluene is able to induce a statistically significant alteration in the electric responses with both 11 and 90 stimuli repetitions. This alteration can be explained as a toluene exposure-induced modification, of physiologic stimulus conduction mechanisms, even in the absence of any clinical sign of neuropathy. Furthermore, such a modification could be observed in the electric responses of the entire auditory system, from peripheral receptors to brainstem nuclei.

**Flanagan, R. J., et al. (1990). "An introduction to the clinical toxicology of volatile substances." Drug Saf 5(5): 359-383.**

Acute poisoning with organic solvents and other volatile compounds now usually follows deliberate inhalation (volatile substance abuse) or ingestion of these compounds. Solvents from adhesives, typewriter correction and dry cleaning fluids, cigarette lighter refills (butane) and aerosol propellants are commonly abused. The major risk is that of sudden death. Arrhythmias leading to cardiac arrest are thought to cause most deaths, but anoxia, respiratory depression and vagal stimulation leading to cardiac arrest may also contribute, as may indirect causes such as aspiration of vomit or trauma. In the United

Kingdom (UK), 3.5 to 10% of young people have at least experimented with volatile substance abuse and mortality is more than 100 per annum. The products abused are cheap and readily available despite legislation designed to limit supply. Volatile substance abuse is not illegal and only a minority of abusers are known to progress to heavy alcohol or illicit drug use. Prevention of abuse by education, not only of children but also of parents, teachers, retailers and health care workers, is important in limiting the problem. However, volatile substance abuse-related deaths are still increasing in the UK despite many measures aimed at prevention. Clinically, volatile substance abuse is characterised by a rapid onset of intoxication and rapid recovery. Euphoria and disinhibition may be followed by hallucinations, tinnitus, ataxia, confusion, nausea and vomiting. It is important not to further alarm the patient if signs of serious toxicity are present, since a cardiac arrest may be precipitated. Further exposure should be prevented and the patient resuscitated and given supplemental oxygen if necessary. Cardiac arrhythmias should be treated conventionally and respiratory failure managed supportively. Long term exposure to n-hexane is associated with the development of peripheral neuropathy, while prolonged abuse (notably of toluene or chlorinated solvents) can cause permanent damage to the central nervous system, heart, liver, kidney and lungs. Knowledge of the routes of absorption, distribution and excretion of volatile compounds, and of the rates governing these processes, is important in understanding the rate of onset, intensity and duration of intoxication, and rate of recovery after volatile substance abuse. In addition, such knowledge is helpful when the clinician is attempting to interpret the results of toxicological analyses performed on samples (blood, other tissues, urine) from such patients. Many volatile substances are partly metabolised, the metabolites being eliminated in exhaled air or in urine. Although metabolism normally results in detoxification, enhanced toxicity may also result as with carbon tetrachloride, chloroform, dichloromethane, n-hexane, trichloroethylene and possibly halothane.(ABSTRACT TRUNCATED AT 400 WORDS)

**Lolin, Y. (1989). "Chronic neurological toxicity associated with exposure to volatile substances." Hum Toxicol 8(4): 293-300.**

1. The main neurological disorders associated with chronic VSA are peripheral neuropathy, cerebellar disease, chronic encephalopathy and dementia. Apart from peripheral neuropathy, the clinical features are non-specific, evidence for solvent-related toxicity is in most cases circumstantial and there is no clear dose/response relationship. 2. Peripheral neuropathy is mainly associated with n-hexane and methyl n-butyl ketone. 3. Cerebellar disease is usually associated with toluene exposure; in the more severe cases there is often radiological evidence of irreversible cerebellar atrophy. 4. Chronic encephalopathy and dementia are the most serious consequence of solvent exposure, particularly to toluene in abusers and to mixed solvents in industrial

workers. Postmortem studies in some abusers have shown generalized axonal degeneration, demyelination and brain atrophy. 5. Further studies on low level solvent exposure are needed as little is known about the neurological consequences of mild VSA, especially as regards individual susceptibility and possible interactions between solvents and other toxins such as ethanol.

**Chia, S. E., et al. (1987). "A study on the health hazard of toluene in the polythene printing industry in Singapore." Ann Acad Med Singapore 16(2): 294-299.**

A study was conducted to determine if there were any health effects among the polythene printers who were exposed to toluene and to evaluate the use of urinary hippuric acid in biological monitoring. The study covered 54 printers from 6 plants out of the universe population of 32 polythene printing plants who used toluene as ink dilutants. They were matched with 54 controls for age, sex, race and similar occupational status. All were interviewed and examined clinically. 23 patients were selected for neurobehavioural tests. 26% of the printers had more than 10 years of exposure to toluene. No case of clinical encephalopathy or peripheral neuropathy was detected. 38.9% of the printers had hand dermatitis compared with 1.9% among the controls. Results of the neurobehavioural tests for the 23 printers were not statistically different from the controls. The results of the liver function test were within normal limits. The mean toluene-in-air level was 246 +/- 25 mg/m. Mean blood toluene was 0.63 +/- 0.14 microgram/ml. The mean urinary hippuric acid was 2.83 +/- 0.48 mg/ml as compared to 0.35 +/- 0.08 mg/ml in the controls. Urine hippuric acid corrected to SG of 1.016 was well correlated to air toluene level (r = 0.81). Toluene appears not to have any significant nervous system or liver effects in these printers. Urinary hippuric acid is a useful indicator for biological monitoring of atmospheric exposure to toluene.

**Lalloo, M., et al. (1981). "Benzine-sniffing neuropathy." S Afr Med J 59(15): 522-524.**

Eight children and adolescents with a predominantly motor neuropathy of which the most likely cause was n-hexane are described. n-Hexane is one of the impurities in highest concentration in benzine, a petroleum product freely available at most corner stores in South Africa. It is bought freely by a large number of Black children in Natal and sniffed to produce a state of euphoria. Benzine sniffing by children constitutes a major health hazard in Natal.

**Juntunen, J., et al. (1980). "Neurological picture of organic solvent poisoning in industry. A retrospective clinical study of 37 patients." Int Arch Occup Environ Health 46(3): 219-231.**

A retrospective evaluation of neurological, neuroradiological, neurophysiological, psychological, and laboratory findings on 37 patients,

remitted to the Institute of Occupational Health, Helsinki because of suspected poisoning due to organic solvents, was performed. Patient selection was made on the basis of performed pneumoencephalography (PEG). Most of the patients had been exposed to a mixture of solvents (19 cases). Carbon disulphide exposure had occurred in six cases, trichloroethylene in five cases, and the rest of the patients had been exposed to styrene (one case), thinner (two cases), toluene (1 case), methanol (1 case), and carbon tetrachloride (two cases). Clinical neurological findings comprised slight psycho-organic alteration, cerebellar dysfunction, and peripheral neuropathy. The PEG showed changes suggesting brain atrophy in 63% of the patients. Slight asymmetric central atrophy and localized cortical atrophy were the most frequent findings. The main electroencephalographic finding was slight diffuse slow-wave. Electroneuromyography showed slight changes suggesting peripheral neuropathy in 23 of the 28 patients examined. Psychological alterations were seen in all patients: personality changes and psychomotor disturbances were the most common findings. Because individual constitutional differences existed, no clear-cut exposure-effect relationship could be established. Thus, neurological evaluation of all those exposed to neurotoxic agents who present symptoms, regardless of the degree of current exposure, is important.