# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____________________________

HAROLD GOETZ, )
)
Plaintiff, )
vs. ) Case No. 2:16-cv-14489
)
GRAND RIVER NAVIGATION CO., )
)
Defendants. )
_____________________________)

DEPOSITION OF JAMES G. DAHLGREEN, M.D.
San Jose, California
Thursday, September 27, 2018
Volume I

Reported by:
JOANNA BROADWELL
CSR No. 10959

all related to the toxicological issue, if for no other reason than the fact that it's skin-absorbed. And you could be exposed to quite high levels in your skin, and that was what was described by Mr. Goetz. He would go home and his clothes would still be saturated with the chemicals that he'd been working with all day.

Q But we don't know how much n-Hexane was in those.

A Well, we know there was some.

Q We don't know how much there was --

A There is no safe level of exposure for n-Hexane, number one. But number two, he developed the classical disease that people get from n-Hexane, that peripheral neuropathy. And his -- you know, there's no question that the exposure he had was sufficient to cause the disease. The carbon monoxide is the other major element that he was exposed to that probably contributed to his peripheral neuropathy. But the very fact that he had peripheral neuropathy would be like big signal from the toxicological literature. Oh, this man has been exposed to a significant amount of n-Hexane, enough to cause this disease.

Q So I just want to take one quick look back at Page 295 on that McKee study again.

A Okay.

MR. BEATON: May I have a continuing objection,

symptoms of gait disturbance and distal atrophy, Mr. Goetz hasn't -- I mean, he's denied that he had any change in his gait, right.

MR. BEATON: Objection, Counsel. That doesn't accurately reflect the medical records.

THE DEPONENT: No, I think he did have trouble walking and carrying -- walking and carrying things, and he did have some weakness. His predominant -- he was predominantly sensory, which sometimes that is. If you look at all these cases they also had sensory problems.

BY MR. BURGER

Q But Mr. Goetz didn't complain of weakness, did he?

A Yes, he did. Yes, in his deposition he definitely discussed that he didn't have the strength he used to have.

Q Okay.

A And his doctor, if I remember correctly, did identify some weakness in his lower extremities on the testing of his muscles.

Q Did any of the medical records note muscular atrophy?

A No. They didn't mention it one way or the other. They may have had some, but they had -- didn't mention it. In other words, they didn't say no atrophy; it just

didn't -- it wasn't brought up.

Q But atrophy is a severe symptom that a doctor should note -- a neurologist should note in a medical record?

A Yes, that would be true, and it's not his -- his problem is predominantly sensory at this point, and that happens sometimes. Sensory -- the sensory fibers are more sensitive to n-Hexane. In fact, his doctors diagnosed it based on the EMG and the nerve conductions with sensoral motor -- you know mixed sensoral motor peripheral neuropathy. So they identified in the testing that there was effects on the muscles and on the -- you know, on the EMG. He -- for whatever reason, it wasn't his major complaint.

Q Anywhere in your report have you stated the level of exposure or dose of n-Hexane that's required to cause peripheral neuropathy?

A No, I have not said that because based on the literature there is no safe level of exposure. Some people are more -- there's an important paper which I didn't include here but which is important.

Q Do you know the name of it?

A Let me see where -- I didn't even print it out because I didn't know we were going to talk about it, but there's a thing called susceptibility, and there's

certain enzymes that people who get peripheral neuropathy have that makes them more sensitive to the n-Hexane. I can fill in on the deposition the citation or we can take some time and dig it out.

Q Is it -- is it one of your reference to --

A It's in his -- it's on the CD, yeah.

Q Okay. Is it one of the itemized references that's in your report?

A No. No, that was the first report. I hadn't identified that paper when I wrote that first report.

Q Is it identified in the supplemental report? No, I don't think so. It wasn't brought up by Dr. Albers, and that was mainly what I was dealing with in the supplemental report. On --

A But I mean, there's no question that there's what they call a gene environment interaction. Some people are more susceptible to developing the disease and will have different manifestations of the disease.

Q Not every human is created equal, right?

A Yes, that's correct. Everybody has their own pattern of handling these elements.

Q So some individuals can withstand more exposure than someone else without showing symptoms?

A That's correct.

Q Okay. On Page 8 of your report -- I think I

body repair. I mean, there's just dozens and dozens of jobs where people are heavily exposed to solvents. And many of them had not only peripheral neuropathy but also brain impairment. That was a major, major thing that I dealt with through most of my first 40 years of work in the field, of seeing -- I'm not seeing Workers' Comp cases any longer. That's something I gave up on ten years ago.

Q So -- and what do you -- what do you mean by brain -- did you say brain injury or brain --

A Brain damage from solvents.

Q Okay. And is that the medical term for that, encephalopathy?

A Yes. Solvent encephalopathy is -- or toxic encephalopathy is the phrase that actually has an ICD-9 code now.

THE REPORTER: A what code?

THE DEPONENT: ICD-10. Pardon me.

THE REPORTER: A what code?

THE DEPONENT: ICD-10 code.

BY MR. BURGER

Q But Mr. Goetz hasn't been diagnosed with any kind of encephalopathy which is not toxic --

A Well, what's the doctor's name that -- Reppuhn? The neuro --

Q Dr. Reppuhn.
A Reppuhn.
Q I don't know how you say it either.
A Okay. We know what we're talking about. The neuropsychologist. He diagnosed him as having mild impairment of his brain function.
Q Okay.
A And that he didn't use the word "solvent" or "toxic neuropathy," encephalopathy. But that's what it is. That's what he has. I didn't see his treating doctors have mentioned that, but I mentioned it in my report that his memory disturbance is characteristic of someone with toxic encephalopathy. That's the first thing to go is your short-term auditory memory.
Q And did you see evidence of that during Mr. Goetz' deposition?
A Yes, he mentioned it -- he said that he can't remember anything. He goes into the basement and he can't remember why he's going down there. He can't remember names. His wife is constantly complaining about his memory has become poor. It used to be good. Now it's bad. The other thing he mentioned that's characteristic of toxic encephalopathy is he gets mad and he's irritable, and he and his wife have unnecessary disputes with each other. And he also described sleep

point out the federal manual and scientific evidence about how symptoms are important to identify overexposure. I don't think I spent much time on that in the first report. I mentioned it, I think. But... I don't know, I think the major thing that was in this report was to try to respond to the issues raised by the defense.

Q Okay. Were there -- other than the defense expert reports that would have been new to you since you drafted your original report, were there any new facts or information that you reviewed in order to issue this supplement?

A Well, I think I did receive -- I don't think it was in a supplemental report, but I did receive some other information that I didn't have at the time of my first report.

Q Do you know what it was?

A Well, I'd have to -- I'd have to -- I have got it separated out. I'd have to look on my computer to answer the question --

Q Okay.

A -- about what was new and what I'd already had from before. You want me to do that or not?

Q Yeah, I think we should. I'm interested to know what new stuff you had, new facts or information. While

we're waiting for the computer to fire up, did any new facts or information that you received after you issued your original report, are they contained on the CD that you brought with you?

A Yes.

Q Okay. Are they labeled as such?

A Yes. Well, let me see here. New records, 9/24/18. And then new records and I don't have the date, but I can get the date. Let's see. December, January, yeah, some, of these -- yeah. Some of the depositions I mentioned, the captain and the chief and Mr. Goetz, those were things that were -- I didn't have at the time of my first report. And there is also the report -- supplemental reports from Dr. Stainken and Dr. Wade and then new articles that I brought forward that I hadn't covered in my original report.

Q Anything else?

A Well, the neuropsychological report. I didn't have that at the time of my supplemental or original report, just --

Q That's Dr. Reppuhn's report?

A Reppuhn? Is that how we say it?

Q That's how I'm saying it. I don't know --

A Yeah, yeah. That's fine. The Sweeney declaration was brought to my attention. I think those

statement that applies to our case because we've got a man here who has an alternative explanation.

Q And one of the questions I didn't get to ask before about the prediabetes being an indicator of how many folks might get diabetes in five years is that just because those folks don't get diabetes in five years doesn't mean they don't have prediabetes, right?

A Let's take the other side of the question. If he does have prediabetes like Dr. Albers says, he cites a paper in his writeup about hexane neuropathy and where he says if someone has a tendency to get towards peripheral neuropathy, and you expose them to hexane -- and the reference was actually to another drug, another chemical that causes peripheral neuropathy -- it will be far worse.

In other words, it increases the susceptibility and the severity of the peripheral neuropathy if they've a tendency to start with. So if you take Dr. Albers' opinion that prediabetes is present here, in spite of the fact that his A1C is not elevated, in spite of the fact that he hasn't developed the disease within five years, still it is possible. And if you take that as a possibility, that means he's more susceptible to a more severe form of peripheral neuropathy from his exposure to the hexane and the carbon monoxide, by the way. We

didn't mention that before. But Dr. Stainken has made that point. Dr. Wade has made that point. Peripheral neuropathy -- and I've got several papers that link peripheral neuropathy to carbon monoxide -- it's not the most common outcome with exposure to carbon monoxide, but it's a significant minority that do develop that problem.

Whereas with n-Hexane, the people with significant exposure to n-Hexane, a much larger percentage of them get peripheral neuropathy. So it's a more potent cause, probably. But point being that, you know, the carbon monoxide and the n-Hexane that Mr. Goetz was exposed to, if he had an increased susceptibility from prediabetes, it would make it far worse and therefore be an aggravating factor and a significant aggravating factor to his disease.

Q Do you have a paper that specifically states that there's an elevated risk of developing peripheral neuropathy from n-Hexane exposure for prediabetic?

A No, that that's what Dr. Albers says. He quotes this paper in his hexane paper where he indicates Dr. Chaudhry points out that when you have two factors it makes it worse. In this case it was not hexane that was the aggravating factor; it was cancer chemotherapy drugs. And that's because in the medical community you

routinely because it's hard to do. Autonomic nerve testing is kind of exotic and rarely done.

Q I know you already said you're not a neurologist, but are you familiar with the leading causes for a painful distal symmetrical peripheral neuropathy?

A Well, according to Dr. Albers, it's -- diabetes is the most common cause for peripheral neuropathy in our population, and the toxic neuropathy is less common. But he does make his point in his published papers that you should look for it. If you have a patient who has got peripheral neuropathy, you should inquire about possible toxic exposures because there are many of them, not only in hexane but many drugs can cause it, and it's important to know if there is a causative agent.

Q Have -- have you done a differential diagnosis or are you leaving that to the treating neurologists?

A Well, I think the treating neurologists and myself are all in agreement that it's due to toxic neuropathy. Dr. Albers has a different opinion, but the other doctors, neurologists who have seen him either aren't sure if it's toxic or they are definitely sure like Dr. Sweeney that it's toxic. Dr. Politi in his first declaration was positive. But none of them have attributed it to diabetes or prediabetes. So I think that Dr. Albers is going against the four neurologists

who have seen him already and none of them made that diagnosis.

Q Okay. So it's your opinion that his n-Hexane exposure caused his peripheral neuropathy?

A Yes, but I also want to hasten to point out that carbon monoxide is also a factor, number one, and number two, that if Dr. Albers is right, that would seem to be a risk factor. And it might have gone completely asymptomatic and never bothered him. I mean, a lot of the prediabetes studies that were referred to earlier that showed a linkage only found it by doing electrophysiologic tests. The patients weren't symptomatic, if you know what I mean.

Q Yes. You mentioned carbon monoxide. It appears from the reports, the papers that have been cited, first of all, you don't have an opinion -- do you have an opinion about carbon monoxide in your reports?

A Not in my reports, no, but based on what Dr. Stainken has said and Dr. Wade and my own looking at the literature, which by the way is on the CD, there are a number of reports of this. As I said, it's -- you take 100 people with carbon monoxide toxicity and poisoning, a relatively small percentage, like five to ten percent, will have peripheral neuropathy. So a higher percentage of people exposed to n-Hexane get peripheral neuropathy.

So I think it's causative of it. The mechanism is that the ischemia, the reduced oxygen supply to the periphery caused by carbon monoxide can damage the nerves in the arms and legs, and therefore it is one of the causes. And in his case it's contributing to his risk of developing the disease, a second factor besides n-Hexane.

Q It appears that those studies the patients that -- the small fraction of patients that did develop peripheral neuropathy actually experienced unconsciousness for some period of time before that happened.

A Well, that's when of the most common ways carbon monoxide poisoning presents, and that's how they get diagnosed. Most people don't get diagnosed unless they have a pretty severe case of carbon monoxide poisoning.

Q Mr. Goetz never testified that he ever became unconscious. There's no evidence of that.

A No. But the point is that he was exposed to the point where he had headaches and lightheadedness and so forth, and carbon monoxide was probably contributing to that along with the solvents.

Q I did have one more question about on your supplemental report on Page 8. Let me make sure it's not your original property that I was looking at. I'm

Q And before that short break, Doctor, I think I had a question pending about how severe did you think Mr. Goetz's symptoms currently are for his peripheral neuropathy.

A Well, again, based ed on his November 2017 deposition, they're quite severe. His burning sensation in his feet is bothering him 24/7, as he put it. It interferes with his sleep, interferes with his quiet enjoyment of life.

Q At the beginning of the deposition Mr. Beaton mentioned that you have new opinions that aren't contained in either of your two reports. And we're going to object to the new opinions at this late date, but why don't you go ahead and tell me what they are, if it's a simple list or...

A Well, I've alluded in my reports to the fact that his memory was indicative of it. There was some solvent-induced central nervous system impairment. And I didn't opine but I will suggest that the carbon monoxide also contributes to his toxic neuropathy -- encephalopathy and probably peripheral neuropathy. That's an opinion that I did not express before but based on Dr. Stainken and Dr. Wade's sort of emphasizing those points for me, I would add that as an opinion that I share with them. And I think I also would say that as

a new opinion that I didn't express in either of the two reports, that if it is proven -- and I don't think it is proven -- but if it were to be proven that he has prediabetes, then the exposure he had would be an aggravating factor in making it much worse. That's an important additional opinion that I didn't express before but was actually pointed out to me by one of Dr. Albers' papers that I read in preparation for today's deposition.

I think -- you know, we now have new information from the neuropsychologist that I hadn't seen before that he does have evidence of memory and brain dysfunction that is characterized by the neuropsychologist as being mild. But I think even mild brain damage is significant, interferes with his ability to function, and as he described it, it interferes with his memory, his ability to do things, his getting along with his -- with other people because of his irritability. So those are new opinions that I had not expressed before but are important additional sequelae of his injuries.

Q Are those -- regarding those items that Dr. Reppuhn reported on, are those your opinions, or are you just simply reciting Dr. Reppuhn's findings?

A Well, as I said, my original report I had pointed

you saw in the past?

MR. BURGER: Relevant.

THE DEPONENT: One of the more extreme examples of a company not being sensitive to the health effects of their employees. It is one of the worst examples that I have seen lately.

MR. BEATON: Thank you, Doctor. Nothing further.

MR. BURGER: I don't any followup.

THE VIDEOGRAPHER: This concludes today's deposition of James Dahlgreen, M.D. The number of media used has been one. And we are off the record at 2:52 p.m.

(TIME NOTED: 2:52 p.m.)

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

<%signature%>

JOANNA BROADWELL

CSR No. 10959